**YANKEE ATOMIC ELECTRIC
COMPANY, petitioner, v.
UNITED STATES.
No. 97-801.**

Supreme Court of the United States

June 26, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.